# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE HAMILTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNKNOWN,<br><br>　　　　Defendant. | Case No. 1:13-cv-01462-AWI-MJS (PC)<br><br>**ORDER (1) DENYING MOTION FOR CLARIFICATION OF FINDINGS AND RECOMMENDATIONS, and (2) EXTENDING TIME TO OBJECT TO FINDINGS AND RECOMMENDATIONS**<br><br>**(ECF Nos. 27, 30)**<br><br>**OBJECTIONS DUE NOT LATER THAN DECEMBER 16, 2013** |

This action was opened in the United States District Court for the Northern District of California on July 18, 2013 based upon a letter from Plaintiff, an inmate at Kern Valley State Prison ("KVSP"), to the Honorable Thelton E. Henderson alleging that prison staff participated in a "pattern of racketeering activity," which has led to an "extremely dangerous and stressful prison environment." On September 10, 2013, the case was transferred to this Court. On November 12, 2013, the undersigned issued findings and recommendations (ECF No. 27) that Plaintiff's motion for injunctive relief (ECF No. 11) be denied without prejudice. Objection to the findings and recommendations is due not later than December 2, 2013.

Before the Court is Plaintiff's motion for clarification of the findings and recommendations (ECF No. 30).

This motion shall be denied. The Court will not issue any advisory or clarifying

opinion or provide advice regarding its findings and recommendations. However, the time for objection to the findings and recommendations will be extended to ensure Plaintiff has ample time to address his concerns in a proper format. Plaintiff shall assert any objections to the findings and recommendations by not later than December 16, 2013.

Accordingly, it is HEREBY ORDERED THAT:

1. The motion for clarification of findings and recommendations (ECF No. 30) is DENIED, and
2. The time to file objections to the findings and recommendations (ECF No. 27) is extended such that objections may be filed by not later than December 16, 2013.

IT IS SO ORDERED.

Dated:   November 23, 2013         /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE

2