# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE HAMILTON,<br><br>Plaintiff,<br><br>v.<br><br>UNKNOWN,<br><br>Defendant. | Case No. 1:13-cv-01462-AWI-MJS (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF**<br><br>**(ECF Nos. 11, 27)** |

This action was opened in the United States District Court for the Northern District of California on July 18, 2013 based upon Plaintiff's letter to the Honorable Thelton E. Henderson. Therein Plaintiff, an inmate at Kern Valley State Prison ("KVSP"), alleged prison staff participated in a "pattern of racketeering activity," which led to an "extremely dangerous and stressful prison environment." On September 10, 2013, the case was ordered transferred to this Court and thereupon referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302 of the United States District Court for the Eastern District of California.

On November 12, 2013, the Magistrate Judge issued findings and recommendations that Plaintiff's motion for injunction be denied without prejudice. On December 9, 2013, Plaintiff filed objections to the findings and recommendations.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

The objections re-hash arguments in Plaintiff's motion, that the "CDCR enterprise" structured a scheme of racial segregation and classification in furtherance of racketeering activity which caused race riots. These arguments were previously considered and found deficient by the Magistrate Judge in the findings and recommendations. Plaintiff also concludes this Court lacks jurisdiction and is not a proper venue; the Magistrate Judge did not afford liberal construction due a pro se plaintiff; and Plaintiff is likely to succeed on RICO civil claims against the CDCR enterprise.

These re-arguments and arguments do not raise an issue of law or fact under the findings and recommendations. The case law cited in the objections relates to constitutional claims and jurisdictional issues unrelated to the Magistrate Judge's findings and determinations. It remains that Plaintiff has not named any defendants; may not sue the CDCR; has no cognizable claim before the Court; and has not asserted facts suggesting he is under threat of irreparable injury or that relative hardships tip in his favor. Plaintiff's objections lack merit.

Accordingly, it is HEREBY ORDERED that:

1. The Court adopts the findings and recommendations filed on November 12, 2013 (ECF No. 27) in full, and
2. The motion for injunctive relief (ECF No. 11) is DENIED WITHOUT PREJUDUCE.

IT IS SO ORDERED.

Dated:   January 10, 2014                              _____
                                                        SENIOR DISTRICT JUDGE