UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE HAMILTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNKNOWN,<br><br>　　　　Defendant. | CASE NO. 1:13-cv-01462-AWI-MJS (PC)<br><br>**ORDER DENYING MOTION FOR CLARIFICATION**<br><br>**(ECF No. 57)** |

　　　　Plaintiff, a state prisoner proceeding pro se, initiated this civil rights action pursuant to 42 U.S.C. § 1983. However, the action was dismissed on April 4, 2014 because of Plaintiff's failure to obey a court order and failure to prosecute. (ECF No. 50.) Plaintiff appealed the Court's judgment of dismissal, but that appeal was similarly dismissed for failure to pay the filing fees and failure to prosecute. (ECF No. 58.)

　　　　Before the Court is Plaintiff's "Motion to Clarify Specific Issues with Respect to the Court's Docket." (ECF No. 57.) Plaintiff seeks information regarding docket entry # 18, an internal Court notation that is omitted from Plaintiff's docket sheet. He also asks why some documents do not appear on the docket in chronological order.

1  This action has been closed and Plaintiff's appeal has been dismissed. No relief is
2  available to Plaintiff in this action.
3  Accordingly, Plaintiff's motion for clarification (ECF No. 57) is HEREBY DENIED.

IT IS SO ORDERED.

Dated: December 31, 2014            /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE